# SEVENTH COURT OF APPEALS
## SITTING AT TEXAS TECH UNIVERSITY SCHOOL OF LAW
## SET FOR SUBMISSION ON ORAL ARGUMENT TUESDAY, NOVEMBER 3, 2015
## AT 1:30 P.M.

(Before Chief Justice Brian Quinn, Justice Mackey K. Hancock, Justice Patrick A. Pirtle)

**07-15-00113-CV**     Mohammed Fawwaz Shoukfeh, M.D., P.A.,     Lubbock County
d/b/a Texas Cardiac Center v. James G
Grattan and Texas Workforce Commission

CRAIG, TERRILL, HALE & GRANTHAM, LLP     O/A Requested
  (H. Grady Terrill, Elizabeth Hill) – Appellant

SPLAWN SIMPSON PITTS     O/A Requested
  (John Simpson)
Peter E. Laurie, Assistant Attorney General
  – Appellees

**07-15-00196-CR**     The State of Texas v. Jose Luis Cortez     Potter County

Richard Martindale, Assistant District     O/A Directed
  Attorney – Appellant

HATTER LAW FIRM, PLLC     O/A Directed
  (Q. Todd Hatter) – Appellee